1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7
8

BRUCE ARMSTRONG,

Case No. 1:15-cv-01109-DAD-MJS (HC)

9

Petitioner,

**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR EVIDENTIARY HEARING**

10

v.

11

DEBBIE ASUNCION, Warden

12

Respondent.

13
14
15
16          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254. On May 23, 2017, Petitioner, though his counsel, filed a

18   motion for an evidentiary hearing. (ECF No. 30.)

19          Pursuant to Local Rule 230(g), it is HEREBY ORDERED that the motion shall be

20   submitted upon the record and the briefs, subject to the power of the Court to reopen the

21   matter for further briefs or oral arguments or both. Respondent shall file a response to

22   the motion, if any she has, within thirty days of the date of this order. Petitioner may file a

23   reply within fourteen days of Respondent's response.

24
25   IT IS SO ORDERED.

26      Dated:   May 28, 2017                    /s/ Michael J. Seng

27                                        UNITED STATES MAGISTRATE JUDGE

28