UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ARMSTRONG,<br><br>            Petitioner,<br><br>   v.<br><br>DEBBIE ASUNCION,<br><br>            Respondent. | Case No. 1:15-cv-01109-DAD-JDP (HC)<br><br>ORDER REQUIRING SUPPLEMENTAL SUBMISSIONS |

The court will require supplemental submissions from the parties. By the deadline set forth below, respondent must file an electronic version of the state record that has been lodged with this court. *See* ECF No. 27. The electronic version of the record must include the photograph exhibits referenced in the parties' briefs, including People's Exhibits 3-4, 13-16, 19, and Defense Exhibit 21. If filing an electronic version of the record is not feasible, respondent must explain the pertinent circumstances and how the court can assist respondent in obtaining the electronic version of the record. Respondent may file the record under seal.

Petitioner has filed several photographs. *See* ECF No. 17-1 at 161-186. Counsel for petitioner suggests that the photographs were reviewed by a medical expert, but several of the photographs—especially those of the victim's injuries—are in black and white. *See* ECF No. 17-1 at 3, 168-69, 174-75, 178-81. The declarations from counsel and the medical expert do not identify precisely what the medical expert has reviewed. Petitioner must inform the court:

1

(1) which of the photographs were introduced at trial; (2) whether the medical expert has reviewed the color versions of the photographs that are filed in black and white; (3) when the photographs filed with this court were taken—*i.e*., whether they reflect the injuries that Sunshine Armstrong sustained on April 16, 2009; and (4) whether petitioner's medical expert has reviewed any other parts of the record that are not specified in her declaration.

**Order**

Within fourteen days from the date of this order, the parties must file supplemental submissions addressing the issues identified in this order.

IT IS SO ORDERED.

Dated: <u>   June 17, 2019   </u>

                                                                       UNITED STATES MAGISTRATE JUDGE

No. 202